**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Gustavo Duque, et al.
                       Plaintiff,

v.                                          Case No.: 1:03–cv–05933
                                                           Hon. Wayne R. Andersen

Michael G Sheahan, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 10, 2006:

      MINUTE entry before Judge Wayne R. Andersen :Jury trial held on 10/10/2006 and continued to 10/11/2006 @ 9:30 a.m. Voir dire held on 10/10/2006 Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.