**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**F I L E D**

FEB 0 2 2007
FEB 02 2007
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| GUSTAVO DUQUE, and<br>ANGELES DUQUE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL SHEAHAN, SHERIFF<br>OF COOK COUNTY, in his Official<br>capacity, the COUNTY OF COOK, a<br>Municipal Corporation, COOK COUNTY<br>SHERIFF'S DEPARTMENT OFFICERS<br>ABRUSCATO, Star No. 4085, BENNETT<br>Star No. 3803, KAZLAUSKAS, Star No.<br>268, MALACINA, Star No. 2635, ROSE,<br>Star No. 3961, WILLIAMS, Star No. 3552<br>Sued in their individual and official<br>capacities as officers of the Cook County<br>Sheriff's Department,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03 C 5933<br><br>Judge Wayne R. Andersen |

## STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and among the parties, Gustavo Duque and Angeles Duque, Plaintiffs; and County of Cook, Defendant, by their respective attorneys, that the above captioned cause of action is dismissed with prejudice and without additional costs or attorneys fees to any party, all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 2nd day of February 2007.

By: _____
Shelley B. Kulwin
Attorney for Plaintiffs

By: _____
ASA Francis J. Catania
Attorney for Defendants

RICHARD A. DEVINE
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572